# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137610

JANET K. HOLLINRAKE,
      Plaintiff-Appellee,

v

                                 SC: 137610
                                 COA: 274229
                                 Kent CC: 04-009472-NI

MICHAEL HOLLINRAKE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2009

_____
Clerk

d0520